CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
TAURINO MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 10-473 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| TAURINO MONDRAGON, et al., | DATE:   December 13, 2010 TIME:    8:30 a.m. JUDGE:  Hon. William B. Shubb |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant TAURINO MONDRAGON, Gilbert Roque, Counsel for Defendant Fabian Sanchez, and Dina Santos, Counsel for Defendant Salvador Mondragon, that the status conference scheduled for December 13, 2010, at 8:30 a.m., be vacated and the matter continued to this Court's criminal calendar on February 22, 2011, at 8:30 a.m. for further status conference.

Defense counsel seeks additional time to prepare and confer with their respective clients.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

1  allowing the defendants further time to prepare outweigh the best interests of the public
2  and the defendant to a speedy trial.
3
4  DATED:        December 10, 2010            /S/     Heiko Coppola_____
5                                             HEIKO COPPOLA
                                              Attorney for Plaintiff
6
7                                             /S/     Clemente M. Jiménez_____
8                                             CLEMENTE M. JIMÉNEZ
                                              Attorney for Taurino Mondragon
9
10                                            /S/     Gilbert Roque_____
                                              GILBERT ROQUE
11                                            Attorney for Fabian Sanchez
12
                                              /S/     Dina Santos_____
13                                            DINA SANTOS
                                              Attorney for Salvador Mondragon
14
15
16
                                           **ORDER**
17
18  IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled
19  for December 12, 2010, at 8:30 a.m., be vacated and the matter continued to February 22,
20  2011, at 8:30 a.m. for further status conference.  The Court finds that time under the
21  Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable
22  time to prepare.  Based on the parties' representations, the Court finds that the ends of
23  justice served by granting a continuance outweigh the best interests of the public and the
24  defendants to a speedy trial.
25
    This 14th day of December, 2010
26
27                                         WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE
28