DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
SALVADOR MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FABIAN PINEDA SANCHEZ,<br>SALVADOR GARCIA MONDRAGON.<br>TOURINO GARCIA MONDRAGON,<br>　　　　　Defendants. | ) No. CR S-10-473-WBS<br>)<br>)<br>) STIPULATION AND ORDER VACATING<br>) DATE, CONTINUING CASE, AND<br>) EXCLUDING TIME<br>)<br>)<br>) Date:  March 21, 2011<br>) Time:  8:30 a.m.<br>) Judge: Hon. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SALVADOR GARCIA MONDRAGON, and Attorney Gilbert Roque, Counsel for Defendant FABIAN PINEDA SANCHZ; Attorney Clemente Jiminez, Counsel for Defendant TOURINO GARCIA MONDRAGON, that the status conference scheduled for February 22, 2011, be vacated and the matter be continued to this Court's criminal calendar on March 21, 2011, at 8:30 a.m., for further status.

　　　This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client

1  consultation concerning available courses of action, and review of
2  discovery.
3
4
5  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
6  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
7  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
8  ends of justice served in granting the continuance and allowing the
9  defendant further time to prepare outweigh the best interests of the
10 public and the defendant in a speedy trial.
11     The Court is advised that all counsel have conferred about this
12 request, that they have agreed to the March 21, 2011 date, and that all
13 counsel have authorized Ms. Santos to sign this stipulation on their
14 behalf.
15     **IT IS SO STIPULATED.**
16
17 Dated: Feb. 16, 2011            /s/ Dina L. Santos
                                   DINA L. SANTOS
18                                 Attorney for Defendant
                                   SALVADOR GARCIA MONDRAGON
19
   Dated: Feb. 16, 2011            /s/ Gilbert Roque
20                                 GILBERT ROQUE
                                   Attorney for Defendant
21                                 FABIAN PINEDA SANCHEZ
22
   Dated: Feb. 16, 2011            /s/ Clemente Jiminez
23                                 CLEMENTE JIMINEZ
                                   Attorney for Defendant
24                                 TOURINO GARCIA MONDRAGON
25 Dated: Feb. 16, 2011            /s/ Heiko Coppola
                                   HEIKO COPPOLA
26                                 Assistant United States Attorney
                                   Attorney for Plaintiff
27
28

**O R D E R**

**IT IS SO ORDERED.**

        By the Court,

Dated: February 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE