GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for FABIAN PINEDA SANCHEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FABIAN PINEDA SANCHEZ,<br>SALVADOR GARCIA MONDRAGON and<br>TOURINO GARCIA MONDRAGON,<br><br>    Defendants.<br>_____ | 2:10-CR-473-WBS<br><br>STIPULATION AND<br>~~PROPOSED~~ ORDER<br>TO CONTINUE<br>STATUS CONFERENCE |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, Gilbert A. Roque, counsel for Defendant Fabián Pineda Sánchez, Dina L. Santos, counsel for Defendant Salvador García Mondragón, and Clemente M. Jiménez, counsel for Defendant Tourino García Mondragón, that the status conference scheduled for March 21, 2011, at 8:30 a.m., be vacated and the matter continued for further status to April 25, 2011, at 8:30 a.m., before the Honorable William B. Shubb. This continuance is requested by the defense for further due diligent preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B) (iv) and Local Code T-4 (reasonable time to prepare), and that the ends of justice served in granting the continuance and allowing defendants further time to prepare outweigh the interests of the public in a speedy trial. It is stipulated that the Court should find excludable time through April 25, 2011.

The Court is advised that all counsel have conferred about this request and have agreed to the April 25, 2011 date.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: March 16, 2011            /s/ Gilbert A. Roque
                                 GILBERT A. ROQUE, Attorney for
                                 FABIAN PINEDA SANCHEZ, Defendant

DATED: March 16, 2011            /s/ Dina L. Santos
                                 DINA L. SANTOS, Attorney for
                                 SALVADOR GARCIA MONDRAGON, Defendant

DATED: March 16, 2011            /s/ Clemente M. Jiménez
                                 CLEMENTE M. JIMENEZ, Attorney for
                                 TOURINO GARCIA MONDRAGON, Defendant

DATED: March 16, 2011            /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defendants' defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and orders that the time from the date of the parties' stipulation, March 16, 2011, to and including the new status conference, April 25, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

It is further ordered that the March 21, 2011, status conference for all defendants is vacated and shall be continued to April 25, 2011, at 8:30 a.m.

**IT IS SO ORDERED.**

DATED:     March 17, 2011

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2