```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-473 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| FABIAN P. SANCHEZ, et.al. | |
| Defendant. | |

The parties request that the status conference in this case be continued from April 25, 2011 to June 6, 2011 at 8:30 a.m. They stipulate that the time between April 25, 2011 and June 6, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery that has been provided, conduct investigation and confer with

their clients.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                                Respectfully Submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATE: April 22, 2011         By:   /s/ Heiko P. Coppola
                                            HEIKO P. COPPOLA
                                            Assistant U.S. Attorney

DATE: April 22, 2011             /s/ Gilbert Roque
                                            GILBERT ROQUE
                                            Attorney for Defendant Fabian Sanchez

                                             /s/ Dina Santos
                                            DINA SANTOS
                                            Attorney for Defendant Salvador Mondragon

                                             /s/ Clement Jimenz
                                            CLEMENTE JIMENEZ
                                            Attorney for Defendant Tourino Mondragon

                                             **SO ORDERED.**

DATE:   April 22, 2011

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE