BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-473 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO EXCLUDE TIME |
| FABIAN P. SANCHEZ, et.al. ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties request that the status conference in this case be continued from June 6, 2011 to August 15, 2011 at 8:30 a.m. They stipulate that the time between June 6, 2011 and August 15, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, all defense counsel need additional time to review the discovery that has been provided, conduct investigation and confer with

their clients.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                       Respectfully Submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

DATE: June 6, 2011       By:  /s/ Heiko P. Coppola
                                       HEIKO P. COPPOLA
                                       Assistant U.S. Attorney

DATE: June 6, 2011          /s/ Gilbert A. Roque
                                       GILBERT A. ROQUE
                                       Attorney for Defendant
                                       Fabian Sanchez

                                       /s/ Dina Lee Santos
                                       DINA LEE SANTOS
                                       Attorney for Defendant
                                       Salvador Mondragon

                                       /s/ Clement Jimenez
                                       CLEMENTE M. JIMENEZ
                                       Attorney for Defendant
                                       Tourino Mondragon

                                       **SO ORDERED.**

DATE: June 6, 2011

                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE