DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
SALVADOR MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CRS 10-473-WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| FABIAN PINEDA SANCHEZ, SALVADOR GARCIA MONDRAGON. TOURINO GARCIA MONDRAGON, Defendants. | Date:  October 17, 2011<br>Time:  8:30 a.m.<br>Judge: Hon. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SALVADOR GARCIA MONDRAGON, and Attorney Gilbert Roque, Counsel for Defendant FABIAN PINEDA SANCHZ; Attorney Clemente Jiminez, Counsel for Defendant TOURINO GARCIA MONDRAGON, that the status conference scheduled for August 12, 2011, be vacated and the matter be continued to this Court's criminal calendar on October 17, 2011, at 8:30 a.m., for further status.

This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client

consultation concerning available courses of action, and review of discovery. Although some investigation has been done by the defense, a significant amount of investigation remains to be performed that will impact whether the case proceeds on to trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the October 17, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Aug. 11, 2011            /s/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                SALVADOR GARCIA MONDRAGON

Dated: Aug. 11, 2011            /s/ Gilbert Roque
                                GILBERT ROQUE
                                Attorney for Defendant
                                FABIAN PINEDA SANCHEZ

Dated: AUG. 11, 2011            /s/ Clemente Jiminez
                                CLEMENTE JIMINEZ
                                Attorney for Defendant
                                TOURINO GARCIA MONDRAGON

Stipulation and Order                        2

1  Dated: Aug. 11, 2011                     /s/ Heiko Coppola
                                            HEIKO COPPOLA
2                                           Assistant United States Attorney
                                            Attorney for Plaintiff
3

4

5                                **O R D E R**

6     **IT IS SO ORDERED.**

7                  By the Court,

8

9  Dated: August 12, 2011

10                         _____
11                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                 3