CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
TAURINO MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 10-473 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| FABIAN PINEDA SANCHEZ, et al., | DATE:   October 17, 2011<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. William B. Shubb |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant TAURINO MONDRAGON, Gilbert Roque, Counsel for Defendant Fabian Sanchez, and Dina Santos, Counsel for Defendant Salvador Mondragon, that the status conference scheduled for October 17, 2011, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on December 5, 2011, at 9:30 a.m. for further status conference.

Defense counsel has a request for information to the government pending, in addition to requiring further time to investigate certain claims by Mr. Mondragon.

  IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and

- 1 -

10/13/11

allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     October 13, 2011              /S/     Heiko Coppola_____
                                         HEIKO COPPOLA
                                         Attorney for Plaintiff


                                         /S/     Clemente M. Jiménez_____
                                         CLEMENTE M. JIMÉNEZ
                                         Attorney for Taurino Mondragon

                                         /S/     Gilbert Roque_____
                                         GILBERT ROQUE
                                         Attorney for Fabian Sanchez

                                         /S/     Dina Santos_____
                                         DINA SANTOS
                                         Attorney for Salvador Mondragon


**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for October 17, 2011, at 9:30 a.m., be vacated and the matter continued to December 5, 2011, at 9:30 a.m., for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 13th day of October, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10/13/11