CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
TAURINO MONDRAGON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 10-473 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| TAURINO MONDRAGON, et al., | DATE:   December 5, 2011<br>TIME:     9:30 a.m.<br>JUDGE:  Hon. William B. Shubb |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant TAURINO MONDRAGON, and Dina Santos, Counsel for Defendant Salvador Mondragon, that the status conference scheduled for December 5, 2011, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on January 17, 2012, 9:30 a.m. for further status conference.  Defense counsel has requested certain information from the government, which has recently been provided.  Counsel would like to review the information and seeks additional time to prepare and confer with their respective clients.  This request is made as to defendants Taurino Mondragon and Salvador Mondragon only.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

(Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     December 2, 2011

/S/     Heiko Coppola_____
HEIKO COPPOLA
Attorney for Plaintiff


/S/     Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for Taurino Mondragon


/S/     Dina Santos_____
DINA SANTOS
Attorney for Salvador Mondragon

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for December 5, 2011, at 9:30 a.m., be vacated and the matter continued to January 17, 2012, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 5th day of December, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE